Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Mile Zupan, Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MILE ZUPAN,                                            04-1402-HA
        Plaintiff,

vs.                                                STIPULATION FOR EAJA FEES

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,
        Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4417.50 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs of $150 are allowed. No other costs or expenses are awarded.

DATED this __15__ day of __Nov__, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:
s/ Merrill Schneider
Merrill Schneider     OSB# 77336
503-255-9092
Attorney for Plaintiff

ORDER 04-1402-HA